UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:

BANYON 1030-32, LLC, and BANYON INCOME FUND, L.P.,

    Debtors.
_____/

CASE NO.: 10-33691-BKC-RBR
CASE NO.: 11-40929-BKC-RBR
**CHAPTER 7**

**(Jointly Administered under Case No. 10-33691-BKC-RBR)**

## UNITED STATES TRUSTEE'S OBJECTION TO BANYON TRUSTEE'S MOTION TO APPROVE SETTLMENT AND COMPROMISE WITH TD BANK, N.A. (ECF 763)

Guy G. Gebhardt, Acting United States Trustee for Region 21 (the "UST"), files this objection to Banyon Trustee's Motion to Approve Settlement and Compromise with TD Bank, N.A. (the "Objection"). In support of this Objection, the UST states as follows:

1. For the reasons set forth in the United States Trustee's Objection to Joint Disclosure Statement, Case No. 09-34791-BKC-RBR ("RRA"), the UST objects to the settlement with TD Bank, N.A. at this time and requests the matter to be continued, if not denied, until the confirmation hearing in the RRA case or a date thereafter.

WHEREFORE the UST objects to the Banyon Trustee's Motion to Approve Settlement and Compromise Controversy with TD Bank, N.A., and respectfully requests the Court sustain the objection and grant such other relief as it deems appropriate.

                              Guy G. Gebhardt
                              Acting United States Trustee
                              Region 21
                              /s/ *Steven D. Schneiderman*
                              Steven D. Schneiderman, Trial Attorney
                              Office of the United States Trustee
                              51 S.W. 1st Avenue, 12th Floor
                              Miami, Florida 33130
                              Phone:    (305) 536-7285
                              Fax:      (305) 536-7360

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the United States Trustee's Objections to **BANYON TRUSTEE'S MOTION TO APPROVE SETTLMENT AND COMPROMISE WITH TD BANK, N.A. (ECF 763)** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and/or via U.S. Mail, properly addressed and with correct postage to the following:

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com
- Alberta L. Adams    aadams@mpdlegal.com, sroussel@mpdlegal.com
- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Kenyetta N Alexander    kna@katzbarron.com, db@katzbarron.com;amc@katzbarron.com
- Scott L. Baena    sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Russell M. Blain    rblain.ecf@srbp.com, rblain@srbp.com
- Andrew S Brown    asb@lklsg.com, cag@lklsg.com
- Franck D Chantayan    fchantayan@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net
- David C. Cimo    dcimo@gjb-law.com, gjbecf@gjb-law.com
- Adam B Cooke    acooke@mcintoshschwartz.com, rdm@mcintoshschwartz.com;wxs@mcintoshschwartz.com;mfs@mcintoshschwartz.com
- Marissa C Corda    mcc@katzbarron.com, af@katzbarron.com
- Robert C Furr    danderson@furrcohen.com, rcfurr@ecf.epiqsystems.com
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com
- Robert N Gilbert    rgilbert@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net
- Alvin S. Goldstein    mmitchell@furrcohen.com
- Lynn Maynard Gollin    lgollin@gordonrees.com, tfusco@gordonrees.com
- Julie E Hough    julie.hough@brinkleymorgan.com, houghrobson@gmail.com;janet.maceira@brinkleymorgan.com;jhough@houghlawgroup.com;beth.hendler@brinkleymorgan.com
- Jessica L Kaufman    jkaufman@conradscherer.com
- Stephen R Leslie    sleslie.ecf@srbp.com
- David M. Levine    dml@lkllaw.com, lv@lkllaw.com
- Matthew L Lines    lines@irlaw.com
- Jason S Mazer    jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com
- Robert D McIntosh    rdm@mcintoshschwartz.com, mfs@mcintoshschwartz.com;wxs@mcintoshschwartz.com;acooke@mcintoshschwartz.com
- Tamara D McKeown    tdmckeown@mckeownpa.com
- Paul J McMahon    pjm@pjmlawmiami.com
- Brian M Mckell    brian.mckell@wilsonelser.com, frances.weiss@wilsonelser.com

- James C. Moon    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Harold D Moorefield Jr.    hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- Edward J. Peterson III    epeterson.ecf@srbp.com
- Ivan J Reich    ivan.reich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com
- Jason S Rigoli    jrigoli@furrcohen.com, ndixon@furrcohen.com
- Cristina B Rodriguez    cristina.rodriguez@squiresanders.com, joan.andersondavis@squiresanders.com
- Eric A Rosen    erosen@rosenwinig.com, kbell@rosenwinig.com;sgumz@rosenwinig.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Michael E Rothenberg    michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com
- Martin L Sandler    martin@sandler-sandler.com
- Patrick S. Scott    patrick.scott@gray-robinson.com
- James D. Silver    jds@conradscherer.com, vpupo@conradscherer.com;raldama@conradscherer.com
- James B Sowka    jsowka@seyfarth.com
- Scott A Stichter    sstichter.ecf@srbp.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com

**DONE** this the 24th day of May, 2013.

I HEREBY CERTIFY that I am admitted to the Bar of the State of Illinois and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 and 2090(B)(2)(b), pertaining to attorneys representing the United States government.

/s/ *Steven D. Schneiderman*
Steven D. Schneiderman, Trial Attorney
Office of the United States Trustee
51 S.W. 1st Avenue, 12th Floor
Miami, Florida 33130
Phone:    (305) 536-7285
Fax:    (305) 536-7360

3