UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| BANYON 1030-32, LLC, | Case Nos.  10-33691-RBR |
| BANYON INCOME FUND, L.P., | 11-40929-RBR |
| Debtor. | Jointly Administered under Case No. 10-33691-RBR |
| _____/ | |

**OBJECTION TO CLAIM NOS. 70, 78, 156 AND 157**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

Robert C. Furr, Chapter 7 Trustee for the estate of Banyon 1030-32, LLC (the "Trustee"), by and through his undersigned counsel, has filed this objection (the "Objection") to your claim in this bankruptcy case.  The Objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify what disposition of your claim is recommended.

If you disagree with the Objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, on or before July 15, 2013, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorneys for the Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If you mail your response to the Court for filing, you must mail it to the United States Bankruptcy Court, 299 E. Broward Boulevard, Suite 112, Fort Lauderdale, Florida 33301, early enough so the Court will receive it on or before the deadline date above.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.  If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee objects to the following claims filed in this case:

| Claim No. | Name of Claimant | Claim Amount | Basis/Disposition |
|---|---|---|---|
| 70 | Terry A. Woodard | $244,194.60 General Unsecured | The Trustee objects to this claim in its entirety because the claimant has filed a duplicate claim, POC #113. Therefore, this claim should be disallowed in its entirety and stricken. |
| 78 | Michael R. Toy or Maureen S. Toy | $50,000.00 General Unsecured | The Trustee seeks to reduce this claim by $4,077.14. Based on an analysis of the Debtor's books and records the Claimants received a disbursement in the amount of $4,077.14. Therefore, the Trustee seeks to reduce the claim by that amount for a reduced claim of $45,922.86. |
| 156 | David Cipullo | $35,000.00 General Unsecured | The Trustee objects to this claim because it is a late filed claim, subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |
| 157 | Steven Levin | $65,000.00 General Unsecured | The Trustee objects to this claim because it is a late filed claim, subject to further consideration upon the determination that sufficient funds exist to pay the claim in its order of priority. |

\*By filing this objection, the Trustee does not waive the right to file further objections, pursue any cause of action, or seek to reduce any claim or distributions due to the Claimant on account of a collateral source recovery or under any other applicable law. Additionally, the Trustee reserves the right to amend this objection to add any additional grounds and to object to any other claims filed against the Banyon 1030-32, LLC estate.

\*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the parties listed below, in the manner stated, on the 14th day of June, 2013.

/s/Jason S. Rigoli_____
FURR AND COHEN, P.A.
*Attorneys for Trustee*
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/ (561) 338-7532 fax
Jason S. Rigoli, Esquire
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com

**Served via Notice of Electronic Filing:**

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com
- Geoffrey S. Aaronson    gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com
- Alberta L. Adams    aadamscampbell@mpdlegal.com, jmahaffey@mpdlegal.com
- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Kenyetta N Alexander    kalexander@bdblaw.com
- Scott L. Baena    sbaena@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Laura Besvinick    laura.besvinick@hoganlovells.com, gladys.cata@hoganlovells.com
- Russell M. Blain    rblain.ecf@srbp.com, rblain@srbp.com
- Andrew S Brown    asb@lklsg.com, cag@lklsg.com
- Franck D Chantayan    franck@chantayan.com
- David C. Cimo    dcimo@gjb-law.com, gjbecf@gjb-law.com
- Charles I Cohen    pmouton@furrcohen.com
- Adam B Cooke    acooke@mcintoshschwartz.com, rdm@mcintoshschwartz.com;wxs@mcintoshschwartz.com;mfs@mcintoshschwartz.com
- Marissa C Corda    mcc@katzbarron.com, af@katzbarron.com
- Sean T Cork    sean.cork@squiresanders.com, karen.graves@squiresanders.com;kimberly.hutchison@squiresanders.com
- Adrian C. Delancy    adelancy@mrthlaw.com, gruiz@mrthlaw.com,ycandia@mrthlaw.com,ecfnotices@mrthlaw.com;mrthbkc@gmail.com
- Robert C Furr    danderson@furrcohen.com, rcfurr@ecf.epiqsystems.com
- John H Genovese    jgenovese@gjb-law.com, hburke@gjb-law.com;gjbecf@gjb-law.com
- Robert N Gilbert    rgilbert@carltonfields.com, kdemar@carltonfields.com;wpbecf@cfdom.net
- Alvin S. Goldstein    mmitchell@furrcohen.com
- Lynn Maynard Gollin    lgollin@gordonrees.com, jsoto@gordonrees.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- Julie E Hough    julie.hough@brinkleymorgan.com, houghrobson@gmail.com;andrea.brodsky@brinkleymorgan.com;jhough@houghlawgroup.com;beth.hendler@brinkleymorgan.com
- Jessica L Kaufman    jkaufman@conradscherer.com
- Matthew S Kish    mkish@aspalaw.com
- Stephen R Leslie    sleslie.ecf@srbp.com
- David M. Levine    dml@lkllaw.com, lv@lkllaw.com
- Matthew L Lines    lines@irlaw.com
- Jason S Mazer    jmazer@vpl-law.com, kshaw@vpl-law.com;csteklof@vpl-law.com;aHacker@vpl-law.com;mmoore@vpl-law.com;cgudaitis@vpl-law.com;lrodriguez@vpl-law.com;receptionist@vpl-law.com
- Robert D McIntosh    rdm@mcintoshschwartz.com, kbrown@mcintoshschwartz.com;wxs@mcintoshschwartz.com;acooke@mcintoshschwartz.com
- Tamara D McKeown    tdmckeown@mckeownpa.com
- Niall T McLachlan    nmclachlan@carltonfields.com, cguzman@carltonfields.com
- Paul J McMahon    pjm@pjmlawmiami.com

- Brian M Mckell    brian.mckell@wilsonelser.com, frances.weiss@wilsonelser.com
- James C. Moon    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Harold D Moorefield Jr.    hmoorefield@stearnsweaver.com, cgraver@stearnsweaver.com;bank@stearnsweaver.com;larrazola@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Edward J. Peterson III    epeterson.ecf@srbp.com
- Audrey M Pumariega    apumariega@mwe.com, Jkohlasch@mwe.com
- Ivan J Reich    ivan.reich@gray-robinson.com, abby.srour@gray-robinson.com;jessica.cartagena@gray-robinson.com
- Robert F. Reynolds    rreynolds@slatkinreynolds.com, imalcolm@slatkinreynolds.com
- Jason S Rigoli    jrigoli@furrcohen.com, ndixon@furrcohen.com
- Cristina B Rodriguez    cristina.rodriguez@squiresanders.com, joan.andersondavis@squiresanders.com
- Eric A Rosen    erosen@rosenpa.com, kbell@rosenpa.com;sgumz@rosenpa.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Michael E Rothenberg    michael.rothenberg@hklaw.com, joaquin.alemany@hklaw.com
- Martin L Sandler    martin@sandler-sandler.com
- Steven D Schneiderman    Steven.D.Schneiderman@usdoj.gov
- Patrick S. Scott    patrick.scott@gray-robinson.com
- James D. Silver    jds@conradscherer.com, vpupo@conradscherer.com;EService@conradscherer.com;raldama@conradscherer.com
- Jason Slatkin    jslatkin@slatkinreynolds.com, imalcolm@slatkinreynolds.com
- James B Sowka    jsowka@seyfarth.com
- Scott A Stichter    sstichter.ecf@srbp.com
- Jesus M Suarez    jsuarez@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com
- Charles W Throckmorton    cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

**Served via U.S. Mail:**

David Cipullo
6074 Triple Crown circle
Greensburg, PA 15601

Terry A. Woodward
855 Collegeville Rd
Collegeville, PA 19426

Steven Levin
4021 NE 28 Ave.
Fort Lauderdale, FL 33308

Michael R. and Maureen S. Toy
609 SW 22 Terrace
Ft. Lauderdale, FL 33312

12189.1663