UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                                  Chapter 7

BANYON 1030-32, LLC                                   Case Nos.:    10-33691-RBR
BANYON INCOME FUND, L.P.,                                            11-40929-RBR

                                                                        **Jointly Administered under**
                Debtor.                                                 **Case No.    10-33691-RBR**
_____/

## CREDITOR, STEVEN LEVIN'S AGREED EX PARTE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO TRUSTEES OBJECTION TO CLAIM

Creditor, STEVEN LEVIN (hereinafter "Levin"), pursuant to the Federal Rules of Bankruptcy Procedure and Local Rules, files this his Agreed Ex Parte Motion for Enlargement of Time to Respond to Trustees Objection to Claim and states:

1. On June 14, 2013, Trustee filed its Objection to Claim Nos. 70, 78, 156 and 157 [D.E. 820].

2. On July 10, 2013 the undersigned was retained by Movant, Steven Levin, to represent him in regard to filing a response to Trustee objection to claim #157.

3. The current deadline is July 15, 2013.

4. The undersigned is in need of an additional twenty (20) day enlargement of time to appropriately obtain documentation from his client, evaluate the objections and further explore potential resolution.

5. Movant submits that good cause exists for relief sought in this motion and this Court should grant his motion for enlargement of time to file a response to trustees objection to claim #157 up until and through August 5, 2013.

6. The undersigned certifies that he has spoken to the Chapter 7 Trustee's counsel and the Trustee consents to relief requested herein.

WHEREFORE, Movant, Creditor, STEVEN LEVIN, respectfully requests that this Court enter an Order granting his Agreed Ex Parte Motion for a Twenty (20) Day Enlargement of Time to file a response to Trustees Objection to Claim #157 up until and through August 5, 2013, and such other and further relief this Court deems just and proper.

Dated: _____, 2013.

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
*Attorneys for Creditor, Steven Levin*
1776 North Pine Island Road, Suite 309
Fort Lauderdale, Florida 33322
Telephone:  (954) 523-0900
Facsimile:   (954) 915-9016
E-mail:       tabrams@tabramslaw.com

By: /s/Thomas L. Abrams
Thomas L. Abrams, Esquire
Florida Bar No. 764329

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF/Notice of Electronic Filing to all parties registered to receive notice Via ECF on this ____ day of _____, 2013.

By: /s/Thomas L. Abrams
THOMAS L. ABRAMS, ESQUIRE

2