

**ORDERED in the Southern District of Florida on July 12, 2013.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| BANYON 1030-32, LLC | Case Nos.:   10-33691-RBR |
| BANYON INCOME FUND, L.P., | 11-40929-RBR |
| | **Jointly Administered under** |
| Debtor. | **Case No.    10-33691-RBR** |
| _____/ | |

**AGREED EX PARTE**
**ORDER GRANTING CREDITOR, STEVEN LEVIN'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO TRUSTEES OBJECTION TO CLAIM**

**THIS CAUSE** came upon the Creditor, STEVEN LEVIN's Agreed Ex Parte Motion for Enlargement of Time to file response to Trustees Objection to Claim #157 [D.E. 952], and the Court having considered the Motion and argument of counsel,

**IT IS ORDERED** as follows:

1. Creditor, STEVEN LEVIN's Agreed Ex Parte Motion for Extension of Time to file response to Trustees Objection to Claim #157 is **granted.**

2.  Creditor, STEVEN LEVIN, shall have up until and through August 5, 2013 to file his response to Trustees Objection to Claim #157.

# # #

Submitted by:

Thomas L. Abrams, Esq.
Florida Bar No. 764329
Gamberg & Abrams
1776 N. Pine Island Road, Suite 309
Fort Lauderdale, Florida 33322
Phone:        (954) 523-0900
Facsimile:    (954) 915-9016
E-mail:       tabrams@tabramslaw.com

*Thomas L. Abrams shall serve a copy of this Order upon Debtor's Counsel and Trustee and all interested parties.*