United States Bankruptcy Court
Southern District of Florida
Fort Lauderdale Division
www.flsb.uscourts.gov



Case nos.-RBR
10-33691-RBR
11-40929-RBR
Jointly Administered
10-33691-RBR

Dear Clerk of the United States Bankruptcy Court:

The Trustee for the estate of Banyon 1030-32, LLC (debtor) has filed an objection to my claim. I disagree with this objection and believe that the claim should be allowed as presently filed.

My Letter to Creditors, Instructions for Filing, POC, and Proof of Claims documents were delayed in delivery to me. The address on file was US-based, while I was living abroad during the delivery and filing period, thus delaying the process.

Sincerely,

*David Cipullo*

David Cipullo

Lerchestrasse 21
8045 Zurich
Switzerland
+41 79 660 2772