UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                              Chapter 7

BANYON 1030-32, LLC,                                Case Nos.  10-33691-RBR
BANYON INCOME FUND, L.P.,                                      11-40929-RBR

    Debtor.                                         Jointly Administered under
                                                    Case No. 10-33691-RBR

_____/

**CERTIFICATE OF CONTESTED MATTER**

    COMES NOW Trustee, Robert C. Furr, ("Trustee") by and through the undersigned counsel and has filed Trustee's Objection to Claim No. 156 [DE #820] on June 14, 2013 (hereinafter referred to as "Trustee's Objection"), pursuant to Local rule 3007-1.  Trustee hereby represents:

    1.    The Trustee's Objection (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the Objection.

    2.    The Objection contained the bulletin required by the referenced rule.

    3.    The deadline for response to the Objection was July 15, 2013.

    4.    On July 15, 2013, Creditor, David Cipullo filed a Response to Trustee's Objection [ECF #963].

    5.    As of July 17, 2013, a check of the electronic entries docketed in this case confirms that no other objections or requests for hearing on this matter have been filed.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the this Court set forth in Local Rule 2090-1(A).

Dated: July 17, 2013

                                                FURR AND COHEN, P.A.
*Attorneys for Trustee/Plaintiff*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Jason S. Rigoli*
    Jason S. Rigoli
    Florida Bar No: 91990
    E-mail: jrigoli@furrcohen.com