FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-33691 RBR | Judge: Raymond B Ray | Trustee Name: | Robert C. Furr |
|---|---|---|---|---|
| Case Name: | BANYON 1030-32, LLC | | Date Filed (f) or Converted (c): | 8/12/2010 (f) |
| | | | 341(a) Meeting Date: | 3/26/2012 |
| For Period Ending: 12/31/2012 | | | Claims Bar Date: | 6/25/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Property - 2455 East Sunrise Blvd., Fort Lauderdale | Unknown | 0.00 | | 0.00 | FA |
| 2 | TD Bank Account | 298.80 | 298.80 | | 0.00 | 298.80 |
| 3 | Sunrise Bank Account | 5,780.98 | 5,780.98 | | 0.00 | 5,780.98 |
| 4 | Federal Insurance Company Policy | 70,000,000.00 | 70,000,000.00 | | 0.00 | 70,000,000.00 |
| 5 | Interest in Galleria Aviation LLC | 900,000.00 | 900,000.00 | | 0.00 | 900,000.00 |
| 6 | Potential Litigation Against TD Bank and Gibralter Bank | Unknown | Unknown | | 0.00 | Unknown |
| 7 | Claim Against Rothstein Rosenfeldt Adler PA | Unknown | Unknown | | 0.00 | Unknown |
| 8 | Interest in Beechcraft King Air 300 | 950,000.00 | 950,000.00 | | 884,558.72 | FA |
| 9 | Stipulation for Settlement - Brittany Consulting LLC (u) | 15,427.92 | 15,427.92 | | 15,427.92 | FA |
| 10 | Stipulation for Settlement - Mark Rivlin PA (u) | 57,417.96 | 57,417.96 | | 12,417.96 | 45,000.00 |
| 11 | Stipulation for Settlement - Gibraltar Bank (u) | 3,750,000.00 | 3,750,000.00 | | 3,750,000.00 | FA |
| 12 | Furr v. Bank of New York Mellon 12-02085 (u) | 11,200,000.00 | 11,200,000.00 | | 0.00 | 11,200,000.00 |
| 13 | Banyon Income Fund (GP) (u) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Malpractice Claim Against Greenspoon Marder (u) | Unknown | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 15 | Malpratice Claim Against Gersten Savage PA (u) | Unknown | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 16 | Pending Malpratice Claim Against Hutchinson & Steffen (u) | Unknown | 1,000,000.00 | | 0.00 | 1,000,000.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $86,878,925.66 | $89,878,925.66 | | $4,662,404.60 | $85,151,079.78 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: This case was filed as an involuntary.
This Debtor is associated with the Rothstein Adler bankruptcy filed in the Southern District of Florida. The Trustee has hired counsel to represent him in this complicated case, along with various special counsel for insurance purposes and other matters. There is presently a lawsuit pending against eight (8) insurance companies for crime fraud policies in favor of the Debtor and others, which is being prosecuted by special counsel. Several adversary proceedings have been filed and many others are currently being contemplated to collect fraudulent transfers of the Debtor's assets. These

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-33691  RBR | Judge: | Raymond B Ray | Trustee Name: | Robert C. Furr |
| Case Name: | BANYON 1030-32, LLC | | | Date Filed (f) or Converted (c): | 8/12/2010 (f) |
| | | | | 341(a) Meeting Date: | 3/26/2012 |
| For Period Ending: 12/31/2012 | | | | Claims Bar Date: | 6/25/2012 |

actions are in the early stages of litigation.

The Trustee is negotiating with Rothstein, Rosenfelst and Adler to work with them on a consenual Plan in the Chapter 11 which would result in a significant payment to the Banyon estate for the benefit of creditors.

The Trustee also has claims against the George Levin and Gayla Sue Levin Chapter 11 for fraudulent transfers which he intends on pursuing.

CBD: 06/25/12 - The Trustee has begun the claims review in this case and objections will be forth coming.

Tax Returns: The accountant is working on the estate's returns.

RE PROP #   1   --   Property foreclosed on.
RE PROP #   4   --   Adversary filed - 12-01869
RE PROP #   10  --   One (1) payment of $7417.96 and ten (10) payments of $5,000
RE PROP #   13  --   Amended Schedules 04/13/12 ECF#488
RE PROP #   14  --   Amended Schedules 04/13/12 ECF#488
RE PROP #   15  --   Amended Schedules 04/13/12 ECF#488
RE PROP #   16  --   Amended Schedules 04/13/12 ECF#488

Initial Projected Date of Final Report (TFR):   12/31/2017     Current Projected Date of Final Report (TFR):   12/31/2019

Trustee's Signature:   /s/ Robert C. Furr
_____   Date: 08/06/13
Robert C. Furr