UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| BANYON 1030-32, LLC, | Case Nos.  10-33691-RBR |
| BANYON INCOME FUND, L.P., | 11-40929-RBR |
| Debtor. | Jointly Administered under Case No. 10-33691-RBR |

_____/

**CERTIFICATE OF NO RESPONSE OR SETTLEMENT
AND REQUEST FOR ENTRY OF ORDER**

COMES NOW Trustee, Robert C. Furr, ("Trustee") by and through the undersigned counsel and has filed Trustee's Objection to Steven Levin's Claim No. 157 [DE #820] on June 14, 2013 (hereinafter referred to as "Trustee's Objection"), pursuant to Local rule 3007-1. Trustee hereby represents:

1. The Objection to Claim No. 157 was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the Objection.

2. The Objection contained the bulletin required by the referenced rule.

3. The deadline for response to the Objection was July 15, 2013.

4. On July 12, 2013, this Court entered an Order Granting Agreed *Ex Parte* Motion to Extend Time to August 5, 2013 to respond to the Trustee's Objection [ECF #952].

5. As of August 6, 2013, a check of the electronic entries docketed in this case confirms that no response to the Trustee's Objection has been filed nor has the Trustee received any documentation from Steven Levin.

WHEREFORE, Robert C. Furr, Trustee, seeks the entry of an order, in the form which accompanies this certificate, granting the requested relief.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: August 6, 2013

                                  FURR AND COHEN, P.A.
*Attorneys for Trustee*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Jason S. Rigoli*
    Jason S. Rigoli
    Florida Bar No: 91990
    E-mail: jrigoli@furrcohen.com